| | | | |
|---|---|---|---|
|  | **Marlon Ovalles/NYSD/02/USCOURTS**<br>10/22/2015 03:50 PM | To<br>cc<br>bcc<br>Subject | Crotty NYSD Chambers/NYSD/02/USCOURTS@USCOURTS<br><br><br>Fw: 1:15-cv-01255-PAC DNV Investment Partnership et al v. Regent Private Capital, LLC et al  ------ 1:15-cv-08142-PAC SGM Holdings LLC et al v. Andrews et al |

-----Forwarded by Marlon Ovalles/NYSD/02/USCOURTS on 10/22/2015 03:50PM -----
To: andrewsesq@icx.net, djs@djslf.com, dg@djslf.com, richardlgaines@gmail.com, kristi@richardgaineslaw.com, richard@richardgaineslaw.com
From: Marlon Ovalles/NYSD/02/USCOURTS
Date: 10/21/2015 09:56AM
Subject: 1:15-cv-01255-PAC DNV Investment Partnership et al v. Regent Private Capital, LLC et al ------ 1:15-cv-08142-PAC SGM Holdings LLC et al v. Andrews et al

Good Morning,

Please be advised that Judge Crotty is away from the county and will return on November 4.  ALL pending deadlines in both cases are stayed sine die.  Judge Crotty will address the recently filed letters upon His Honor's return to the country. Thank you.

-Marlon