UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SGM HOLDINGS LLC, RICHARD FEATHERLY, LAWRENCE FIELD, PREMIER NATURAL RESOURCES LLC, and SYNDICATED GEO MANAGEMENT CORPORATION,<br><br>                Plaintiffs,<br><br>-v-<br><br>A JAMES ANDREWS, RICHARD GAINES, and KARL SCHLEDWITZ,<br><br>                Defendant. | CIVIL ACTION NO.: 15 Civ. 8142 (PAC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

By **May 13, 2022**, the parties shall order the transcripts of the March 1, 2022 and May 11, 2022 conferences before the Honorable Paul A. Crotty (see ECF min. entries Mar. 1, 2022 & May 11, 2022), and promptly file the transcripts on the docket.

Dated:    New York, New York
         May 12, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge