UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SGM HOLDINGS LLC, RICHARD FEATHERLY, LAWRENCE FIELD, PREMIER NATURAL RESOURCES LLC, and SYNDICATED GEO MANAGEMENT CORPORATION,

                Plaintiffs,

-v-

A JAMES ANDREWS, RICHARD GAINES, and KARL SCHLEDWITZ,

                Defendants.

CIVIL ACTION NO.: 15 Civ. 8142 (PAC) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiffs' letter-motion for a discovery conference (ECF No. 74 (the "Letter-Motion")) is GRANTED.  A telephone conference to discuss the issues raised in the Letter-Motion is scheduled for **Friday, June 3, 2022 at 2:00 pm**.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  Per the Court's Individual Practices, by **May 18, 2022**, Defendants shall file a response to the Letter-Motion.

The Clerk of Court is respectfully directed to close ECF No. 74.

Dated:      New York, New York
              May 13, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**