UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SGM HOLDINGS LLC, RICHARD FEATHERLY, LAWRENCE FIELD, PREMIER NATURAL RESOURCES LLC, and SYNDICATED GEO MANAGEMENT CORPORATION,

                Plaintiffs,

-v-

A JAMES ANDREWS, RICHARD GAINES, and KARL SCHLEDWITZ,

                Defendants.

CIVIL ACTION NO.: 15 Civ. 8142 (PAC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, June 3, 2022, to discuss Plaintiffs' request (ECF No. 74) for an order compelling Defendants to provide a "detailed" log of the emails and documents that Defendants withheld as privileged (the "Materials"), the Court orders as follows:

1. Defendants shall promptly review the Materials (the "Review") to determine the number of documents or emails falling under each of the following categories: (i) communications sent to or received by Defendant Karl Schledwitz; (ii) communications containing or referencing comments made by Mr. Schledwitz regarding any documents filed in the matter <u>DNV Inv. P'ship v. Regent Priv. Cap., LLC</u>, No. 15 Civ. 1255 (PAC) (SLC); and (iii) communications concerning the March 18, 2015 Letter (<u>see</u> ECF No. 63-4 at 2–3).

2. By **June 10, 2022**, Defendants shall file a letter advising the Court of the results of the Review (the "Letter").

3. On receipt of the Letter, the Court will determine the nature of the privilege log that Defendants must provide to Plaintiffs.

Dated:     New York, New York
           June 3, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge