UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SGM HOLDINGS LLC, RICHARD FEATHERLY, LAWRENCE FIELD, PREMIER NATURAL RESOURCES LLC, and SYNDICATED GEO MANAGEMENT CORPORATION,

                      Plaintiffs,

   -v-

A JAMES ANDREWS, RICHARD GAINES, and KARL SCHLEDWITZ,

                      Defendants.

CIVIL ACTION NO.: 15 Civ. 8142 (PAC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In response to the Court's Order dated June 3, 2022 (ECF No. 82), Defendants have filed a supplemental letter and privilege log (the "Privilege Log"). (ECF Nos. 83; 83-1; 83-2). By **June 24, 2022**, Plaintiffs shall a letter no longer than three (3) pages in length identifying any documents on the Privilege Log as to which Plaintiffs challenge the asserted justification for non-disclosure and explaining the basis of their challenge (the "Letter"). If Plaintiffs file the Letter, then by **July 1, 2022**, Defendants shall (i) file a response to the Letter of no longer than three (3) pages in length, and (ii) email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) copies of the challenged documents for the Court's in camera review.

As the Honorable Paul A. Crotty previously observed, the parties briefing should "presumably cover the proper privilege law to be applied in this case, the relevant work product

standards, and the application of both doctrines to the unique circumstances presented in this action." (ECF No. 2 at 2).

Dated: New York, New York
June 14, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge