UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

SGM HOLDINGS LLC, SYNDICATED GEO
MANAGEMENT CORPORATION, RICHARD
FEATHERLY, LAWRENCE FIELD, and
PREMIER NATURAL RESOURCES LLC,

           *Plaintiffs,*

   -*against*-

A. JAMES ANDREWS, RICHARD GAINES,
and KARL SCHLEDWITZ,

           *Defendants.*

-------------------------------------------------------X

15 Civ. 8142 (PAC) (HBP)

**ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

      The Court writes to memorialize its oral ORDER given at the pre-trial conference held on

October 25, 2023. Trial is expected in this matter in the summer of 2024. The parties are

directed to submit to the Court in writing all outstanding matters to be resolved before trial. The

parties' submissions are due November 9, 2023. Additionally, Mr. Schulman was directed to

provide the last known address of Lawrence Field, which he complied with in his letter dated

October 26, 2023, ECF No. 122. The Court notes that Mr. Schulman's letter did not address any

outstanding matters to be resolved before trial, so the Court awaits further submission in

compliance with this Order.

Dated: New York, New York
       October 26, 2023

SO ORDERED

_____

HONORABLE PAUL A. CROTTY
United States District Judge