UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SGM HOLDINGS LLC, RICHARD FEATHERLY, LAWRENCE FIELD, PREMIER NATURAL RESOURCES LLC, and SYNDICATED GEO MANAGEMENT CORPORATION,<br><br>                Plaintiffs,<br><br>-v-<br><br>A JAMES ANDREWS, RICHARD GAINES, and KARL SCHLEDWITZ,<br><br>                Defendants. | CIVIL ACTION NO.: 15 Civ. 8142 (PAC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Wednesday, December 13, 2023 at 2:00 pm** on the Court's conference line to discuss any remaining fact and expert discovery issues. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. By **December 8, 2023**, each party shall file a letter no longer than two (2) pages outlining any outstanding discovery issues.

Plaintiffs' request at ECF No. 128, which was filed in response to Defendants' request at ECF No. 125 ("Defendants' Request") and <u>after</u> Judge Crotty had already denied Defendants' request (ECF No. 126), is DENIED as moot.

The Clerk of Court is respectfully directed to close ECF No. 128.

Dated:    New York, New York           SO ORDERED.
            November 17, 2023

_____
**SARAH L. CAVE**
**United States Magistrate Judge**