UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SGM HOLDINGS LLC, RICHARD FEATHERLY, LAWRENCE FIELD, PREMIER NATURAL RESOURCES LLC, and SYNDICATED GEO MANAGEMENT CORPORATION,<br><br>       Plaintiffs,<br><br> -v-<br><br>A JAMES ANDREWS, RICHARD GAINES, and KARL SCHLEDWITZ,<br><br>       Defendants. | CIVIL ACTION NO.: 15 Civ. 8142 (PAC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, December 13, 2023 (the "Conference"), the Court orders as follows:

1. Having reviewed the parties' positions and requests regarding the need for additional discovery past the Court-ordered deadlines (see ECF Nos. 127; 129; 136; 137),[1] the Court permits only the following additional discovery (the "Discovery"):

    a. Plaintiffs shall promptly produce on a rolling basis attorney Daniel Schulman's billing records—redacted as necessary—for legal services for which they seek reimbursement by Defendants, from September 2022 through January 2024, and shall complete this production by **January 31, 2024**. For such legal services performed thereafter, Plaintiff shall continue to produce the billing records on a rolling basis and **at least every 30 days**.

---

[1] Pursuant to the October 18, 2021 Civil Case Management Plan and Scheduling Order, fact discovery closed on March 16, 2023 and expert discovery closed on April 29, 2022. (ECF No. 61 ¶¶ 5, 7).

    b. By **February 29, 2024**, Charles Stephenson shall sit for a continued deposition, limited to: (i) two hours of on-the-record time; and (ii) questions relating to the assignments of certain of Plaintiffs' claims to Mr. Stephenson (see ECF No. 99-20) and to Mr. Schulman's billing records for services that relate to those assignments. The deposition may take place by video.

2. All other requests for discovery, including expert discovery, are DENIED for failure to establish good cause. See Fed. R. Civ. P. 16(b)(4).

3. By **March 7, 2024**, the parties shall file a joint letter certifying completion of the Discovery.

4. By **December 15, 2023**, the parties shall order a transcript of the Conference.

Dated:     New York, New York
            December 13, 2023

                                              SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**