UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SGM HOLDINGS LLC, SYNDICATED GEO MANAGEMENT CORPORATION, RICHARD FEATHERLY, LAWRENCE FIELD, and PREMIER NATURAL RESOURCES LLC,<br><br>        Plaintiffs.<br><br>v.<br><br>A. JAMES ANDREWS, RICHARD GAINES, and KARL SCHLEDWITZ,<br><br>        Defendants. | 15 Civ. 8142 (PAC)<br><br>[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL OF RECORD |

Eric LaMons, senior counsel of the law firm Kishner Miller Himes P.C. and formerly of the law firm The Law Offices of Dan J. Schulman PLLC, having hereby moved this Court for an order granting his withdrawal as counsel of record for Plaintiff and Counter Defendant Premier Natural Resources in the above-captioned matters;

And, Mr. LaMons having represented that he is no longer associated with The Law Offices of Dan J. Schulman PLLC or this matter, and that Premier Natural Resources and its successor in interest Plaintiff Charles Stephenson continue to be represented by Dan J. Schulman and The Law Offices of Dan J. Schulman PLLC as counsel of record in this matter;

And, the Court having considered Mr. LaMons' motion for withdrawal as counsel of record;

1

IT IS HEREBY ORDERED that Eric LaMons shall be withdrawn as counsel of record for Plaintiff and Counter Defendant Premier Natural Resources in this the above-referenced matter.

The Clerk of Court is respectfully directed to termiante Mr. LaMons as counsel for Plaintiff and Counter Defendant Premier Natural Resources.

SO ORDERED   2/20/2024

_____
Honorable P. Sarah L. Cave
United States Magistrate Judge

Dated: New York, New York
February 16, 2024

Respectfully submitted,

KISHNER MILLER HIMES P.C.

By: _____
Eric B. LaMons
40 Fulton Street, 12th Floor
New York New York 10038
(212) 585-3425
email: ELaMons@kishnerlegal.com

2