```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SGM HOLDINGS, et al.,

                Plaintiffs,

- against -

A. JAMES ANDREWS, et al.,

                Defendants.

**15 Civ. 8142 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The Court has reviewed the letters, dated April 18, 2024, submitted by defendants. (See Dkt. Nos. 190-91.) All parties are hereby **ORDERED** to confer and to, within fourteen (14) days, submit to the Court a joint letter proposing trial dates convenient for all parties.

**SO ORDERED.**

Dated:    19 April 2024
            New York, New York

                                              _____
                                              Victor Marrero
                                              U.S.D.J.