UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SGM HOLDINGS LLC, RICHARD FEATHERLY, JAMES T. HUGHES, PREMIER NATURAL RESOURCES LLC, and SYNDICATED GEO MANAGEMENT CORPORATION,

                Plaintiffs,

  -v-

A. JAMES ANDREWS, RICHARD GAINES, and KARL SCHLEDWITZ,

                Defendants.

CIVIL ACTION NO. 15 Civ. 8142 (VM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant attorney A. James Andrews' request to withdraw as counsel for Defendant Karl Schledwitz (ECF No. 158) is GRANTED. The Clerk of Court is respectfully directed to terminate Mr. Andrews as counsel for Mr. Schledwitz.

Dated:    New York, New York
            April 23, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**