**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2024
```

SGM HOLDINGS, et al.,

          Plaintiffs,

- against -

A. JAMES ANDREWS, et al.,

          Defendants.

**15 Civ. 8142 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

After reviewing the letters submitted by the parties regarding the trial date (see Dkt. Nos. 195-99), the Court declines to reschedule the trial. The parties are directed to prepare for trial to commence on July 29, 2024.

**SO ORDERED.**

Dated:    3 May 2024
            New York, New York

_____
Victor Marrero
U.S.D.J.