```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SGM HOLDINGS, et al.,

           Plaintiffs,

  - against -

A. JAMES ANDREWS, et al.,

           Defendants.

**15 Civ. 8142 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    After reviewing the letters submitted with respect to Defendant Karl Schledwitz's request that the Court consider an additional motion for summary judgment (see Dkt. Nos. 200-02), the Court declines to consider the proposed motion for summary judgment.

    As already explained by the Court once (see Dkt. No. 189 at 2-3), defendant Schledwitz's request amounts to an untimely motion for reconsideration of Judge Crotty's summary judgment decision dated September 25, 2023. Motions for reconsideration must be filed within fourteen (14) days of the challenged decision. See Local Civil Rule 6.3. Defendant Schledwitz gives no reason why he should be excused for his failure to move for reconsideration within the period prescribed by local rule. Defendant Schledwitz has thus fallen far short of showing extraordinary and compelling reasons why the Court should consider successive summary

1

judgment motions, which are generally disfavored. (See Dkt. No. 189 at 3-4.)

**SO ORDERED.**

Dated:    10 May 2024
          New York, New York

                                   _____
                                        Victor Marrero
                                          U.S.D.J.

2