```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SGM HOLDINGS LLC, et al.,

               Plaintiffs,

- against -

A. JAMES ANDREWS, et al.,

               Defendants.

**15 Civ. 8142 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The final pretrial conference in this matter is hereby scheduled for July 12, 2024 at 1:00 PM. In accordance with the Court's trial procedures, counsel who will try the case must attend.

The Court will consider canceling the final pretrial conference if the parties <u>jointly</u> indicate that it is not necessary.

**SO ORDERED.**

Dated:    14 May 2024
            New York, New York

                                       _____
                                          Victor Marrero
                                            U.S.D.J.