```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SGM HOLDINGS LLC, et al.,

                Plaintiffs,

- against -

A. JAMES ANDREWS, et al.,

                Defendants.

15 Civ. 8142 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The Court has reviewed and considered the letters (see Dkt. Nos. 228-30) filed by the parties regarding the issue of bifurcation. The Court declines to bifurcate the trial. A fifth trial day will be added, if necessary, such that the trial will conclude on or before August 2, 2024.

**SO ORDERED.**

Dated:    13 June 2024
             New York, New York

                                              Victor Marrero
                                                U.S.D.J.