**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SGM HOLDINGS LLC, et al.,

                  Plaintiffs,

        -against-                           15 **CIVIL** 8142 (VM)

                                                   **JUDGMENT**

A. JAMES ANDREWS, et al.,

                  Defendants.
---------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Decision and Order dated August 2, 2024, the Complaint (see Dkt. No. 1)

and the Amended Complaint (see Dkt. No. 44) of plaintiffs SGM Holdings LLC, Syndicated Geo

Management Corp., Richard Featherly, Lawrence Field, and Premier Natural Resources LLC are

hereby DISMISSED without prejudice for lack of subject matter jurisdiction. Judgment is

entered in favor of defendants A. James Andrews, Richard Gaines, and Karl Schledwitz

dismissing this action without prejudice for lack of subject matter jurisdiction; accordingly, the

case is closed.

**Dated:** New York, New York

      August 5, 2024

                                            **DANIEL ORTIZ**

                                      **Acting Clerk of Court**

**BY:**         *K. Mango*

                                           **Deputy Clerk**